# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MISTY YOUNG, individually,<br><br>    Plaintiff,<br><br>vs.<br><br>HARBAUGH LAS VEGAS CORP., *et al.*,<br><br>    Defendants. | Case No.: 2:12-CV-01404-RCJ-VCF<br><br>**MINUTE ORDER**<br><br>September 17, 2012 |

**MINUTE ORDER IN CHAMBERS:**

IT IS HEREBY ORDERED that Stipulation and Order for Plaintiff's Leave to Amend Complaint (ECF #9); and Report & Recommendation (ECF #12) are DENIED AS MOOT.

**IT IS SO ORDERED** this 17th day of September, 2012.

_____
ROBERT C. JONES
United States Chief District Judge