1  JONATHAN J. HANSEN
   Nevada Bar No. 7002
2  HANSEN RASMUSSEN, LLC
   1835 Village Center Circle
3  Las Vegas, Nevada  89134
   (702) 385-5533
4  Attorneys for Third Party Defendant Nathan Welch

## UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| MISTY YOUNG, individually; | 2:12-CV-01404-RCJ-VCF |
| Plaintiff, | |
| v. | |
| HARBAUGH LAS VEGAS CORPORATION; G4S SECURE SOLUTIONS (USA) INC.; and DOES 1 through 100; and ROE CORPORATIONS 101 through 200. | |
| Defendants | |
| G4S SECURE SOLUTIONS (USA) INC. | |
| Third-Party Plaintiff, | |
| v. | |
| NATHAN WELCH, an individual, | |
| Third-Party Defendant. | |

### SUBSTITUTION OF ATTORNEY

The Third Party Defendant, Nathan Welch, hereby substitutes JONATHAN J. HANSEN, ESQ. of the law firm of HANSEN RASMUSSEN, 1835 Village Center Circle, Las Vegas, Nevada, in the above entitled action in the place of John Peter Lee, Esq. of the law firm JOHN PETER LEE, LTD.

DATED this 14th day of March, 2013.

BY: /s/ Nathan Welch
    NATHAN WELCH

. . . .

. . . .

. . . .

1  I hereby agree to be substituted in the place of John Peter Lee, Esq. in the above entitled action
2  as attorney for Third Party Defendant, Nathan Welch.
3  DATED this 29th day of Jan., 2013.

HANSEN RASMUSSEN, LLC

BY: _____
JONATHAN J. HANSEN, ESQ.
Nevada Bar No. 7002
1835 Village Center Circle
Las Vegas, NV 89134

8  I hereby agree to the substitution of Jonathan J. Hansen, Esq. of HANSEN RASMUSSEN, LLC
9  as attorney for the Third Party Defendant, Nathan Welch, in the above entitled action in our place and
10 stead.

JOHN PETER LEE, LTD.

BY: _____
JOHN PETER LEE, ESQ.
Nevada Bar No. 1768
830 S. Las Vegas Blvd.
Las Vegas, NV 89101

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 3-15-2013

## CERTIFICATE OF MAILING

I, Lisa Black, hereby certify that I am an employee of Hansen Rasmussen, and that on this day I did serve a copy of the foregoing **SUBSTITUTION OF ATTORNEYS**, upon counsel for all defendants appearing in this matter via the CM/ECF system, by electronically filing the same via the CM/ECF system, and by first class mail at the addresses listed below.

DATED:     3/15/13 .    /s/ Lisa Black
                        Lisa Black, An employee of Hansen Rasmussen

David L. Barron, Esq.
Chelsea P. Pyasetskyy, Esq.
BARRON & PRUITT, LLP
3890 West Ann Road
North Las Vegas, NV 89031
(702) 870-3940
(702) 870-3950: fax
Attorneys for G4S
dbarron@lvnvlaw.com
cpyasetskyy@lvnvlaw.com

Scott L. Poisson, Esq.
BERNSTEIN & POISSON
320 South Jones
Las Vegas, NV 89107
(702) 256-4566
Attorneys for Plaintiff
scott@bernsteinslaw.com

McKay B. Whitney, Esq.
Whitney Law Group
631 N. Stephanie St. #589
Henderson, NV 89014
(702) 529-1212
(702) 920-8545: fax
Attorneys for Plaintiff
mckay@whitneylawgroup.com

Michael R. Hall, Esq.
Monte Hall, Esq.
HALL JAFFEE & CLAYTON, LLP
7425 Peak Dr.
Las Vegas, NV 89128
(702) 316-4111
(702) 316-4114: fax
Attorneys for Defendant
Harbaugh Las Vegas Corporation
mhall@lawhjc.com
montehall@lawhjc.com